# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00305-KJD-VCF |
| Plaintiff, | ORDER |
| v. | |
| LONDA LYNETTE GATES, | |
| Defendant. | |

Presently before the Court is Defendant's Motion for Two Point Reduction (#250). The Government filed a response in opposition (#251).

Defendant was sentenced on March 28, 2018 to fifty-seven (57) months custody after being adjudicated guilty of Conspiracy to Distribute a Controlled Substance—Methamphetamine. Defendant seeks a two-point reduction in her base offense level based on a minor role. However, Defendant's plea agreement precludes her from seeking any downward adjustments or variances.[1] Further, Defendant's motion was filed on July 9, 2018 over thirteen (13) weeks after her sentencing. Federal Rule of Criminal Procedure 35(a) only allows the Court to correct sentences for fourteen (14) days after sentencing.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Two Point Reduction (#250) is **DENIED**.

Dated this 20th day of July, 2018.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

---

[1] The Government did seek (#237) and receive a downward variance for Defendant.